IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-mc-00069-ZLW

ERIC LEVANTER DEMILLARD,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 12 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Mr. DeMillard filed a letter with the Court, *pro se*, on October 22, 2010, asking the Court to initiate a federal capital criminal case against an individual who has allegedly kidnapped his biological son.

"A private citizen lacks a judicially cognizable interest in the prosecution or nonprosecution of another." ***Linda R.S. v. Richard D.,*** 410 U.S. 614, 619 (1973).  ***See also Keyter v. 535 Members of 110th Congress***, 277 F. App'x. 825, 827 (10th Cir. 2008); ***Cok v. Cosentino***, 876 F.2d 1, 2 (1st Cir. 1989) (per curiam); ***Connecticut Action Now, Inc. v. Roberts Plating Co.***, 457 F.2d 81, 86-87 (2d Cir. 1972) ("It is a truism, and has been for many decades, that in our federal system crimes are always prosecuted by the Federal Government, not as has sometimes been done in Anglo-American jurisdictions by private complaints."); ***Winslow v. Romer***, 759 F. Supp. 670, 673 (D. Colo. 1991) ("Private citizens generally have no standing to institute federal criminal proceedings."). Therefore, the Court finds that Mr. DeMillard lacks standing to invoke the authority of United States attorneys under 28 U.S.C. § 547 to

prosecute for offenses against the United States. Accordingly, it is

ORDERED that the action is dismissed because Mr. DeMillard lacks standing to file a criminal action.

DATED at Denver, Colorado, this 10th day of November, 2010.

BY THE COURT:

*Zita Leeson Weinshienk*
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-mc-00069-ZLW

Eric L. DeMillard
125 Sandretto Drive
Apt. #A108
Prescott, AZ 86305

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** the above-named individuals on 11/12/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk